# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THOMAS R. STORKAMP, )<br>        Plaintiff, )<br>)<br>v. )<br>_____ )<br>)<br>PETE GEREN, SECRETARY DEPARTMENT )<br>OF THE ARMY, WOMACK ARMY MEDICAL )<br>CENTER, FT. BRAGG, NORTH CAROLINA, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:06-CV-339-F** |

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that the Defendant's Motion for Summary Judgment is ALLOWED in whole. The Clerk of Court is DIRECTED to close the case.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 14, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Thomas R. Storkamp                                                Lora M.T. Tripp
2083 Loganberry Drive                                    310 New Bern Ave., Suite 800
Fayetteville, NC 28304                                      Raleigh, NC 27601

August 14, 2009                                                            DENNIS P. IAVARONE
Date                                                                              Clerk of Court

                                                                             /s/ Susan K. Edwards
*Wilmington, North Carolina*                           *(By) Deputy Clerkj*